The relief described hereinbelow is SO ORDERED

Done this 22nd of May, 2023

Christopher L. Hawkins
United States Bankruptcy Judge



___

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE
CASSANDRA H. WILLIAMS                                 Case No. 22-32031
    Debtor

### Consent Order Granting Relief from Automatic Stay

This matter having come before the Court upon notice and hearing on 5/18/2023 for the Motion for Relief from Stay with waiver of Rule 4001(a)(3) filed by HGV Zelda Pointe Associates, and the attorney for the debtor having announced the debtor has no defense, it is hereby ORDERED as follows:

1.   In accordance with the agreement reached by all parties involved, the Motion for Relief from Stay filed by the creditor is **GRANTED.**

2.   The creditor may proceed to enforce the contract pertaining to possession of the property in question.

3.   The automatic stay of execution pursuant to Rule 4001(a)(3) is waived.

###END OF ORDER###

Order drafted by

Larry Darby
Darby Law Firm, LLC
P. O. Box 3905
Montgomery, AL 36109
334.356.3593
Bankruptcy@AlabamaEvictions.com


Consented to by


/s/Larry E. Darby
Larry E. Darby
Attorney for Creditor
P. O. Box 3905
Montgomery, AL 36109
334.356.3593
Bankruptcy@AlabamaEvictions.com

/s/ Earl Gillian Jr.
Earl Gillian Jr.
Attorney for Debtor
111 East Bridge Street, Suite F
Wetumpka, Al 36092
courtnotices@earlgillian.com

/s/ Sabrina L. McKinney
Sabrina L. McKinney, Trustee
Post Office Box 173
Montgomery, Al 36101
trustee_office@ch13mdal.com

United States Bankruptcy Court

Middle District of Alabama

In re:                                                  Case No. 22-32031-CLH

Cassandra H Williams                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 1127-2                               User: admin                                  Page 1 of 1
Date Rcvd: May 22, 2023                      Form ID: pdfSOME                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#            Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2023:**

**Recip ID            Recipient Name and Address**
db                    #+    Cassandra H Williams, 2845 Zelda Court, Apt L3, Montgomery, AL 36106-2673

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2023                             Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov danielle_greco@almba.uscourts.gov;britt_griggs@almba.uscourts.gov |
| Earl Gillian, Jr. | on behalf of Debtor Cassandra H Williams courtnotices@earlgillian.com egillian99@gmail.com;r51084@notify.bestcase.com |
| Larry E. Darby, Esq | on behalf of Creditor Zelda Pointe Apartments Bankruptcy@AlabamaEvictions.com bankruptcy@alabamaevictions.com;darbylawfirm@yahoo.com |
| Sabrina L. McKinney | trustees_office@ch13mdal.com |

TOTAL: 4